

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/10/2020

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 14-36839 |
| ANTONIO R. LACSAMANA, | § | CHAPTER 13 |
| KERRY L. LACSAMANA, | § | |
| DEBTORS, | § | |

## AGREED ORDER MODIFYING ORDER ON DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE AND MOTION FOR DETERMINATION

US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST ("**Secured Creditor**"), by and through its attorney of record Ghidotti Berger, LLP, and Debtors, Antonio R. Lacsamana and Kerry L. Lacsamana (collectively "Debtors"), by and through their attorney of record Payne & Associates, PLLC, having met and conferred, hereby stipulate and agree to entry of the following order modifying the order entered on December 23, 2019 as docket entry number 152 as follows.

Based upon the agreement of the parties as evidenced by their counsel's signatures affixed hereto, the Court approves this agreed order modifying the order entered as docket entry number 152 as follows:

IT IS ORDERED that the US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST's notice of mortgage payment change (Docket No. 133) is disallowed.

IT IS FURTHER ORDERED that the mortgage payment to US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CHALET SERIES III TRUST beginning

October 1, 2019 is allowed in the amount of $1,614.15 consisting of $1,008.75 to principal and interest and $605.40 to escrow.

IT IS FURTHER ORDERED that the mortgage payment to US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CHALET SERIES III TRUST beginning February 1, 2020 shall be allowed in the amount of $2,010.25 consisting of $1,012.79 to principal and interest and $599.63 to escrow, and $397.83 to cure an escrow shortage in the amount of $4,774.01.

IT IS FURTHER ORDERED that US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CHALET SERIES III TRUST shall pay reasonable attorneys' fees and costs in the amount of $2,410.00, plus an additional $900.00 no later than fifteen (15) days from the entry of this order to:

**Payne & Associates, PLLC**

1225 North Loop West, Suite 550

Houston, Texas 77008

Signed:  February 10, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

AGREED TO AND APPROVED BY:

By: /s/ Kristin A. Zilberstein                    By: */s/ Kyle Kenneth Payne*
Kristin Zilberstein, Esq.                              Kyle Kenneth Payne, Esq.
State Bar No.: 24104960                           Payne & Associates, PLC
600 E. John Carpenter Fwy., Ste. 175    5225 Katy Freeway, Suite 505
Irving, TX 75062                                         Houston, TX 77007
Ph: (949) 427-2010                                   Ph: (713) 228-0200
Fax: (949) 427-2732                                  Fax: (713) 588-8750
kzilberstein@ghidottiberger.com            notices@payne.associates
**COUNSEL FOR SECURED CREDITOR**     **COUNSEL FOR DEBTOR**