**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Antonio R. Lacsamana |
| Debtor 2 (Spouse, if filing) | Kerry L. Lacsamana |
| United States Bankruptcy Court for the: | Southern   District of Texas (State) |
| Case number | 14-36839 |

## Form 4100R          AMENDED
# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:**  Mortgage Information

**Name of creditor:**  U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust

**Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account:  2  5  0  6

**Property address:**  3107 WINCHESTER WAY
Number       Street

SUGAR LAND       TX       77479
City                State       ZIP Code

---

**Part 2:**  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

---

**Part 3:**  Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/___
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                  (a)  $ 3,228.30

b.  Total fees, charges, expenses, escrow, and costs outstanding:        + (b) $ (700.03)

c.  **Total.** Add lines a and b.                                                  (c) $ 2,528.27

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     12 / 01 / 2019
MM / DD / YYYY

---

Debtor 1    Antonio R. Lacsamana             Case number *(if known)* 14-36839

First Name     Middle Name     Last Name

---

**Part 4:**     **Itemized Payment History**

---

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

---

**Part 5:**     **Sign Here**

---

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Michelle R. Ghidotti-Gonsalves        Date 03 / 11 / 2020

      Signature

Print     Michelle R. Ghidotti-Gonsalves        Title   Authorized Agent for Secured Creditor

       First Name     Middle Name     Last Name

Company    Ghidotti | Berger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    1920 Old Tustin Ave.

       Number        Street

       Santa Ana          CA          92705

       City               State     ZIP Code

Contact phone   ( 949 ) 427 – 2010        Email mghidotti@ghidottiberger.com


**BSI Financial Services**

**Loan Information**

| Loan # | |
|---|---|
| Borrower | LACSAMANA |
| BK Case # | 14-36839 |
| Date Filed | 12/12/2014 |
| First Post Petition | |
| Due Date | 1/1/2015 |
| POC Covers | |

**Payment Changes**

| Date | P&I | Escrow | Total | Notice Filed | |
|---|---|---|---|---|---|
| | $1,008.75 | $724.77 | $1,733.52 | POC | |
| 9/1/2017 | $1,008.75 | $793.07 | $1,801.82 | 7/31/2017 | Withdrawn |
| 5/1/2018 | $1,008.75 | $1,860.70 | $2,869.45 | 4/3/2018 | Denied by Court |
| 8/1/2019 | $1,008.75 | $1,627.26 | $2,636.01 | 7/11/2019 | |

Trustee disbursing funds based on the on-going payment amount listed in the plan by the borrower so $1329.69

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2017 | $42,550.08 | 1/1/2015 | | $1,329.69 | $41,220.39 | $41,220.39 | $1,329.69 | $41,220.39 | | | $0.00 | $0.00 | |
| | | 2/1/2015 | | | $0.00 | $0.00 | $1,329.69 | $39,890.70 | | | $0.00 | $0.00 | |
| | | 3/1/2015 | | | $0.00 | $0.00 | $1,329.69 | $38,561.01 | | | $0.00 | $0.00 | |
| | | 4/1/2015 | | | $0.00 | $0.00 | $1,329.69 | $37,231.32 | | | $0.00 | $0.00 | |
| | | 5/1/2015 | | | $0.00 | $0.00 | $1,329.69 | $35,901.63 | | | $0.00 | $0.00 | |
| | | 6/1/2015 | | | $0.00 | $0.00 | $1,329.69 | $34,571.94 | | | $0.00 | $0.00 | |
| | | 7/1/2015 | | | $0.00 | $0.00 | $1,329.69 | $33,242.25 | | | $0.00 | $0.00 | |
| | | 8/1/2015 | | | $0.00 | $0.00 | $1,329.69 | $31,912.56 | | | $0.00 | $0.00 | |
| | | 9/1/2015 | | | $0.00 | $0.00 | $1,329.69 | $30,582.87 | | | $0.00 | $0.00 | |
| | | 10/1/2015 | | | $0.00 | $0.00 | $1,329.69 | $29,253.18 | | | $0.00 | $0.00 | |
| | | 11/1/2015 | | | $0.00 | $0.00 | $1,329.69 | $27,923.49 | | | $0.00 | $0.00 | |
| | | 12/1/2015 | | | $0.00 | $0.00 | $1,329.69 | $26,593.80 | | | $0.00 | $0.00 | |
| | | 1/1/2016 | | | $0.00 | $0.00 | $1,329.69 | $25,264.11 | | | $0.00 | $0.00 | |
| | | 2/1/2016 | | | $0.00 | $0.00 | $1,329.69 | $23,934.42 | | | $0.00 | $0.00 | |
| | | 3/1/2016 | | | $0.00 | $0.00 | $1,329.69 | $22,604.73 | | | $0.00 | $0.00 | |
| | | 4/1/2016 | | | $0.00 | $0.00 | $1,329.69 | $21,275.04 | | | $0.00 | $0.00 | |
| | | 5/1/2016 | | | $0.00 | $0.00 | $1,329.69 | $19,945.35 | | | $0.00 | $0.00 | |
| | | 6/1/2016 | | | $0.00 | $0.00 | $1,329.69 | $18,615.66 | | | $0.00 | $0.00 | |
| | | 7/1/2016 | | | $0.00 | $0.00 | $1,329.69 | $17,285.97 | | | $0.00 | $0.00 | |
| | | 8/1/2016 | | | $0.00 | $0.00 | $1,329.69 | $15,956.28 | | | $0.00 | $0.00 | |
| | | 9/1/2016 | | | $0.00 | $0.00 | $1,329.69 | $14,626.59 | | | $0.00 | $0.00 | |
| | | 10/1/2016 | | | $0.00 | $0.00 | $1,329.69 | $13,296.90 | | | $0.00 | $0.00 | |
| | | 11/1/2016 | | | $0.00 | $0.00 | $1,329.69 | $11,967.21 | | | $0.00 | $0.00 | |
| | | 12/1/2016 | | | $0.00 | $0.00 | $1,329.69 | $10,637.52 | | | $0.00 | $0.00 | |
| | | 1/1/2017 | | | $0.00 | $0.00 | $1,329.69 | $9,307.83 | | | $0.00 | $0.00 | |
| | | 2/1/2017 | | | $0.00 | $0.00 | $1,329.69 | $7,978.14 | | | $0.00 | $0.00 | |
| | | 3/1/2017 | | | $0.00 | $0.00 | $1,329.69 | $6,648.45 | | | $0.00 | $0.00 | |
| | | 4/1/2017 | | | $0.00 | $0.00 | $1,329.69 | $5,318.76 | | | $0.00 | $0.00 | |
| | | 5/1/2017 | | | $0.00 | $0.00 | $1,329.69 | $3,989.07 | | | $0.00 | $0.00 | |
| | | 6/1/2017 | | | $0.00 | $0.00 | $1,329.69 | $2,659.38 | | | $0.00 | $0.00 | |
| | | 7/1/2017 | | | $0.00 | $0.00 | $1,329.69 | $1,329.69 | | | $0.00 | $0.00 | |
| | | 8/1/2017 | | | $0.00 | $0.00 | $1,329.69 | $0.00 | | | $0.00 | $0.00 | |
| 9/1/2017 | $1,329.69 | 9/1/2017 | | $1,329.69 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | |
| 2/1/2018 | $6,648.45 | 10/1/2017 | | $1,329.69 | $5,318.76 | $5,318.76 | | $5,318.76 | | | $0.00 | $0.00 | |
| | | 11/1/2017 | | | $0.00 | | $1,329.69 | $3,989.07 | | | $0.00 | $0.00 | |
| | | 12/1/2017 | | | $0.00 | | $1,329.69 | $2,659.38 | | | $0.00 | $0.00 | |
| | | 1/1/2018 | | | $0.00 | | $1,329.69 | $1,329.69 | | | $0.00 | $0.00 | |
| | | 2/1/2018 | | | $0.00 | | $1,329.69 | $0.00 | | | $0.00 | $0.00 | |
| 3/1/2018 | $1,329.69 | 3/1/2018 | | $1,329.69 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | |
| 5/1/2018 | $2,659.38 | 4/1/2018 | | $1,329.69 | $1,329.69 | $1,329.69 | | $1,329.69 | | | $0.00 | $0.00 | |
| | | 5/1/2018 | | | $0.00 | | $1,329.69 | $0.00 | | | $0.00 | $0.00 | |
| 6/1/2018 | $1,329.69 | 6/1/2018 | | $1,329.69 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | |
| 7/2/2019 | $1,329.69 | 7/1/2018 | | $1,329.69 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | |
| 10/1/2018 | $3,989.07 | 8/1/2018 | | $1,329.69 | $2,659.38 | $2,659.38 | | $2,659.38 | | | $0.00 | $0.00 | |
| | | 9/1/2018 | | | $0.00 | | $1,329.69 | $1,329.69 | | | $0.00 | $0.00 | |
| 1/2/2019 | $3,989.07 | 10/1/2018 | | $1,329.69 | $2,659.38 | $2,659.38 | $1,329.69 | $2,659.38 | | | $0.00 | $0.00 | |
| | | 11/1/2018 | | | $0.00 | | $1,329.69 | $1,329.69 | | | $0.00 | $0.00 | |
| | | 12/1/2018 | | | $0.00 | | $1,329.69 | $0.00 | | | $0.00 | $0.00 | |
| 4/1/2019 | $3,989.07 | 1/1/2019 | | $1,329.69 | $2,659.38 | $2,659.38 | | $2,659.38 | | | $0.00 | $0.00 | |
| | | 2/1/2019 | | | $0.00 | | $1,329.69 | $1,329.69 | | | $0.00 | $0.00 | |
| | | 3/1/2019 | | | $0.00 | | $1,329.69 | $0.00 | | | $0.00 | $0.00 | |
| 5/1/2019 | $3,989.07 | 4/1/2019 | | $1,329.69 | $2,659.38 | $2,659.38 | | $2,659.38 | | | $0.00 | $0.00 | |
| | | 5/1/2019 | | | $0.00 | | $1,329.69 | $1,329.69 | | | $0.00 | $0.00 | |
| 7/8/2019 | $3,989.07 | 6/1/2019 | | $1,329.69 | $2,598.64 | $2,598.64 | $1,329.69 | $2,598.64 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $1,268.95 | | | $0.00 | $0.00 | |

| Date | | Date | | | | |
|---|---|---|---|---|---|---|
| 9/10/2019 | $5,272.02 | 7/1/2019 | $1,329.69 | $3,942.33 | $3,942.33 | $5,211.28 |
| 1/7/2020 | $1,376.43 | 8/1/2019 | | $0.00 | $0.00 | $3,881.59 |
| | | 9/1/2019 | $1,329.69 | $46.74 | $46.74 | $3,928.33 |
| | | 10/1/2019 | | $0.00 | $1,604.15 | $2,324.18 |
| | | 11/1/2019 | | $1,604.15 | $1,604.15 | $700.03 |
| | | 12/1/2019 | $1,604.15 | $1,604.15 | | $700.03 |
| | | 1/1/2020 | $1,604.15 | $1,604.15 | | $700.03 |
| | | 2/1/2020 | $2,010.25 | $2,010.25 | | $700.03 |
| | | 3/1/2020 | $2,010.25 | $2,010.25 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |
| | | | | $0.00 | | $700.03 |

## CERTIFICATE OF SERVICE

On March 11, 2020, I served the foregoing documents described as Amended Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

| COUNSEL FOR DEBTOR | TRUSTEE COUNSEL | TRUSTEE |
|---|---|---|
| Kyle Kenneth Payne | Dinorah Gonzalez | David G Peake |
| notices@payne.associates | dgonzalez@peakech13trustee.com | court@peakech13trustee.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kasra Sadjadi
Kasra Sadjadi

On March 11, 2020, I served the foregoing documents described as Amended Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| DEBTOR | U.S. TRUSTEE |
|---|---|
| Antonio R. Lacsamana | US Trustee |
| 3107 Winchester Way | Office of the US Trustee |
| Sugar Land, TX 77479 | 515 Rusk Ave |
| | Ste 3516 |
| JOINT DEBTOR | Houston, TX 77002 |
| Kerry L. Lacsamana | |
| 3107 Winchester Way | |
| Sugar Land, TX 77479 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kasra Sadjadi
Kasra Sadjadi